# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE WALKER D. MILLER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 11, 2008 |
| Court Reporter: Janet Coppock | Time: 41 minutes |
| Probation Officer: Elizabeth Oppenheimer | |

Criminal Action No. **07-cr-00206-WDM-2**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA**, | Gregory Holloway |
| Plaintiff, | |
| vs. | |
| **THOMAS MCGINNIS**, | Scott Jurdem |
| Defendant. | |

## SENTENCING

**10:04 a.m.** Court in session.

Defendant present and in custody.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Page Two
06-CR-00206-WDM
January 11, 2008

Comments by Mr. Holloway in support of Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #87), filed 11/7/07.

Mr. Jurdem addresses the Court.

Jackie Winrow addresses the Court.

Defendant addresses the Court.

Comments by Ms. Oppenheimer.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #87), filed 1/08/08 is **GRANTED**.

Defendant entered his plea on **October 19, 2007** to count **2 of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**TOTAL OFFENSE LEVEL:** 27
**CRIMINAL HISTORY CATEGORY:** III

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 87 to 108 months | 87 months |
| **Supervised Release** | NMT 3 years | 3 years |
| **Probation** | Not eligible | Not recommended |
| **Fine** | $12,500 to $1,000,000 | Not recommended |
| **Special Assessment** | $100 | $100 |

**Restitution**
Not owing and community restitution is not recommended.

**Community Service**
Not recommended.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **48** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Colorado** and recommends that he be allowed to participate in a Residential Drug Abuse Program (**RDAP**).

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED: Special Condition** of Supervised Release that:
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Defendant shall participate in a program of testing and treatment for drug and alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant

shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.

Page Four
06-CR-00206-WDM
January 11, 2008

> (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
>
> (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
>
> (**X**) Defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Government's Motion for Acceptance of Responsibility (Doc #88), filed 1/08/08 is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Count 1 of the Indictment (Doc #89), filed 1/08/08 is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**9:45 a.m.** **COURT IN RECESS**

**Total in court time:** 41 minutes

**Hearing concluded**